## UNITED STATES DISTRICT COURT
Western District of Kentucky
Bowling Green Division

| | |
|---|---|
| Charles Rutledge<br>*Plaintiff*<br><br>v.<br><br>Equifax Information Services, LLC<br>*Defendant* | )<br>)<br>)<br>)<br>)    Case No. 1:21-cv-00108-GNS<br>)<br>)<br>)<br>) |

## NOTICE OF SETTLEMENT AS TO DEFENDANT
## EQUIFAX INFORMATION SERVICES, LLC

Please take notice that Plaintiff, Charles Rutledge, has reached a settlement with Defendant Equifax Information Services, LLC. Once the settlement is final, the parties will file a joint stipulation of dismissal with prejudice.

Respectfully submitted,

/s/ James H. Lawson
James H. Lawson
*Lawson at Law, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 473-6525
Fax: (502) 473-6561
E-mail: james@kyconsumerlaw.com
*Counsel for Plaintiff*
*Charles Rutledge*

James R. McKenzie
*James R. McKenzie Attorney, PLLC*
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Tel: (502) 371-2179
Fax: (502) 257-7309
E-mail: jmckenzie@jmckenzielaw.com
*Counsel for Plaintiff*
*Charles Rutledge*

## **CERTIFICATE OF SERVICE**

  This is to certify that I filed the foregoing via the Court's CM/ECF system on this 27th day of July, 2021, which will send a Notice of Electronic Filing to all counsel of record.

          <u>/s/ James H. Lawson</u>
          James H. Lawson
          *Counsel for Plaintiff*
          *Charles Rutledge*